**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed April 9, 2020.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-20-00168-CV**
_____

## IN RE MARIA CRISTINA NEWALL DE KALLOP, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No. 4**
**Harris County, Texas**
**Trial Court Cause No. 475,050**

## MEMORANDUM OPINION

On February 26, 2020, relator Maria Cristina Newall de Kallop filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable James Horwitz, presiding judge of the Probate Court No. 4 of Harris County, to vacate his temporary restraining order signed on February 21, 2020 ("TRO"). On February 28, 2020, real parties in interest Brent Kallop and Brooks Kallop, as

Independent Co-Executors of the Estate of William Moore Kallop, Deceased, file a motion to strike evidence or, in the alternative, motion to consider additional evidence ("motion to strike evidence").

On April 2, 2020, the parties provided status reports stating that the Probate Court issued a temporary injunction on March 16, 2020, and the TRO is no longer in effect. The parties also provided a copy of the temporary injunction. When a temporary restraining order has expired and is no longer in force, the mandamus proceeding challenging the order is moot. *See In re Henry*, No. 14-17-00138-CV, 2017 WL 1103553, at *1 (Tex. App.—Houston [14th Dist.] Mar. 23, 2017, orig. proceeding) (mem. op.); *Hermann Hosp. v. Tran*, 730 S.W.2d 56, 57 (Tex. App.–Houston [14th Dist.] 1987, no writ). When a case becomes moot, the court of appeals loses jurisdiction and cannot hear the case because any decision would constitute an advisory opinion that is "outside the jurisdiction conferred by Texas Constitution article II, section 1." *Matthews v. Kountze Indep. Sch. Dist.*, 484 S.W.3d 416, 418 (Tex. 2016).

We therefore dismiss as moot relator's petition for writ of mandamus and real parties in interest's motion to strike evidence.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Spain and Bourliot.